IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY D. WILLIAMS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>DET. WILLIAM CHESTER #154;<br>LT. J. MCCORMICK #136;<br>ASSISTANT PROSECUTOR<br>DORIS M. GALUCHIE,<br>　　　　　　　Defendants. | No. 08-CV-4178 |

**ORDER**

　　　　AND NOW, this 30th day of September, 2009, for the reasons stated in the accompanying memorandum, it is hereby ORDERED as follows:

　　　　1.  The motion of defendant Doris M. Galuchie to dismiss plaintiff's complaint (Docket No. 9) is DENIED in part and GRANTED in part.  (As defendant Galuchie contends, this court lacks personal jurisdiction over her.  However, in lieu of dismissal, this court will transfer so much of this suit that is directed at defendant Galuchie to the District of New Jersey where defendant Galuchie resides.).

　　　　2.  The claims against defendant Galuchie are hereby severed from the claims against defendants William Chester and J. McCormick.

3. The severed action against defendant Galuchie is TRANSFERRED to the District of New Jersey.

BY THE COURT:

/s/ Louis H. Pollak
Pollak, J.